**AVERY DENNISON CORPORATION, Plaintiff–Appellant,**

v.

**UCB FILMS PLC, Defendant–Appellee.**

**UCB Films PLC, Plaintiff/Counterclaim Defendant–Appellee,**

and

**UCB Sidex Limited, UCB SA, and David Ibbitson, Counterclaim Defendants–Appellees,**

and

**Todd O'Reilly, Counterclaim Defendant–Appellee,**

v.

**Avery Dennison Corporation, Defendant/Counterclaimant–Appellant.**

**No. 01–1030, 01–1250.**

United States Court of Appeals, Federal Circuit.

DECIDED: May 18, 2001.

ON MOTION

ORDER

Upon consideration of the joint motion to remand these appeals, due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear appeal no. 00–1549, which was a companion case to appeal no. 01–1030.

(3) All sides shall bear their own costs.